# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| Mirsad Hajro, James R. Mayock | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| United States Citizenship And Immigration Services, T. Diane Cejka, Director USCIS National Records Center (See Attachment) |   1350 RMW RS |

TO: (Name and address of defendant)

USCIS, T.Diane Cejka. Rosemary Melville, Michael Chertoff
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington D.C. 20528

(See Attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kip Evan Steinberg
Law Offices of Kip Evan Steinberg
1000 Fourth Street, Suite 600
San Rafael, CA 94901

Telephone (415) 453-2855

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                                  DATE_____

MARY ANN BUCKLEY
_____
(BY) DEPUTY CLERK

ATTACHMENT TO SUMMONS

Hajro v. USCIS, *et al.*

(Continuation of Names of Defendants)

Rosemary Melville, USCIS District Director of San Francisco,
Michael Chertoff, Secretary Department of Homeland Security
Michael B. Mukasey, Attorney General Department of Justice

(Continuation of Names and Address of Defendants)

Rosemary Melville, USCIS District Director of San Francisco,
Michael Chertoff, Secretary Department of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington D.C. 20528

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C. 20530-0001