1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  MIRSAD HAJRO, JAMES R. MAYOCK        )
                                         )
13            Plaintiffs,                )    **No. C 08-1350 RMW**
                                         )
14     v.                                )
    UNITED STATES CITIZENSHIP            )
15  AND IMMIGRATION SERVICES,            )
    T. DIANE CEJKA, Director             )    **Plaintiffs' Declaration**
16  USCIS National Records Center,       )    **Of Proof Of Service**
    ROSEMARY MELVILLE,                   )
17  USCIS District Director of San Francisco, )
    MICHAEL CHERTOFF, Secretary          )
18  Department of Homeland Security,     )
    MICHAEL B. MUKASEY, Attorney General )
19  Department of Justice                )
                                         )
20            Defendants                 )
                                         )
21

22         I, Kip Evan Steinberg, declare that:

23     1.   I am employed in the County of Marin, California.  My business

24          address is 1000 Fourth Street, Suite 600, San Rafael, CA 94901.

25     2.   I am over the age of eighteen and not a party to the within action.

26     3.   On **March 13, 2008**, I served copies of the following:

27
    *Hajro v. USCIS*  C 08-1350 RMW
28  Pl. Dec. Of Proof Of Service

1       (a)    File-Marked/Endorsed Complaint For Declaratory And Injunctive Relief filed March 10, 2008
      (b)    Summons
      (c)    Order Setting Initial Case Management Conference And ADR Deadlines with attached Standing Orders
      (d)    Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
      (e)    Welcome to the United States District Court, San Jose
      (f)    No. Cal. San Jose Division Hearing Schedules
      (g)    Drop Box Filing Procedures
      (h)    Handbook of Dispute Resolution Procedures in the Northern District of California
      (i)    ECF Registration Handout
      (j)    Notice of Related Cases

on the Defendants and interested parties in said cause, by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid for Priority Mail/Delivery Confirmation, in the United States mail at San Rafael, California, addressed as follows:

USCIS,
T. Diane Cejka, Director USCIS National Records Center
Rosemary Melville, USCIS District Director. of S.F.
Michael Chertoff, Secretary D.H.S.
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington DC 20528

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530-0001

*Hajro v. USCIS*  C 08-1350 RMW
Pl. Dec. Of Proof Of Service

1
2  U.S. DOJ/U.S. Attorney's Office
   Northern District of California
3  Attn: Civil Division, Floors 10-11
   450 Golden Gate Ave.
4  San Francisco, CA 94102

5      I declare under penalty of perjury that the foregoing is true and correct,

6 and that this declaration was executed on **March 14, 2008** at San Rafael,

7 California.

8                                      _____/s/_____
                                       Kip Evan Steinberg
9                                       Attorney for Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  *Hajro v. USCIS* C 08-1350 RMW
    Pl. Dec. Of Proof Of Service