Kip Evan Steinberg (SBN 096084)
LAW OFFICES OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

*DENIED*
*Judge James Ware*
3/21/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO,<br><br>     Plaintiff,<br><br>     v.<br><br>ALBERTO GONZALES, United States Attorney General, et al.,<br><br>     Defendants | **No. C 06-7827 JW**<br><br><br><br>**PLAINTIFF'S NOTICE OF RELATED CASES** |
| MIRSAD HAJRO, JAMES R. MAYOCK<br><br>     Plaintiffs,<br><br>     v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>     Defendants | **No. C 08-1350 RMW** |

Plaintiff Mirsad Hajro hereby files notice pursuant to Civil Local Rule 3-12 that the newly assigned case, *Hajro et al v. USCIS et al.*, No. C 08-1350 RMW and *Hajro v. Gonzales, et al.*, No. C 06-7827 JW are related, and the new

*Hajro v. Gonzales C 06-7827 JW/Hajro v. USCIS C 08-1350 RMW*
Notice of Related Cases                               1

1  matter, which has been assigned to the Honorable Ronald M. Whyte, United
2  States District Court Judge, may be reassigned to the Honorable James Ware,
3  United States District Court Judge, who presided over the earlier-filed matter.
4      Plaintiff applied for naturalization on November 6, 2003 under 8 U.S.C.§
5  1430(a) and was interviewed on March 4, 2004 at the USCIS Field Office in San
6  Jose, California. Plaintiff made several inquiries about the status of his
7  citizenship application and was informed each time that his application could
8  not be acted upon because the FBI background name check was pending.
9      After waiting more than three years for his naturalization application to
10 be processed, Plaintiff filed a Petition For Hearing On Naturalization
11 Application Under 8 U.S.C. §1447(b) *in pro per* on December 21, 2006. The
12 case was assigned to the Honorable James Ware. (*Hajro v. Gonzales* C 06-7827
13 JW). On or about August 24, 2007, the parties filed a joint "Stipulation For
14 Remand and Dismissal" stating that "the necessary name check and FBI
15 background check investigations have been completed, and that USCIS is now
16 ready to complete the adjudication and issue a decision on the Plaintiff's
17 application for Naturalization." Pursuant to this stipulation, Judge Ware
18 dismissed the case without prejudice on August 30, 2007.
19     Plaintiff's application for naturalization was then denied on October 9,
20 2007 based on alleged evidence in his alien registration file. Plaintiff filed an
21 appeal of this decision under 8 U.S.C. §1447(a) on or about November 9, 2007
22 and requested a hearing . That hearing has not yet taken place.
23     Plaintiff filed a Freedom Of Information Act ("FOIA") request for a copy of
24 his alien registration file on November 19, 2007. Plaintiff specifically
25 requested expedited processing pursuant to a FOIA Settlement Agreement
26 entered into between James Mayock and the Department of Justice. Plaintiff
27
28 *Hajro v. Gonzales C 06-7827 JW/Hajro v. USCIS C 08-1350 RMW*
   Notice of Related Cases                    2

is a direct beneficiary of this Settlement Agreement.  Under the terms of the Settlement Agreement:

> A requestor who demonstrates, consistent with applicable guidances and law, an "exceptional need or urgency", shall have his/her request processed out of turn on an "expedited" basis… FOIA offices are to grant such treatment when the requestor demonstrates that… (b) *substantial due process rights of the requestor would be impaired by the failure to process immediately, and the information sought is not otherwise available.*
>
> A request for expedited processing which demonstrates either of the above circumstances shall be processed immediately. (Emphasis added)

The information sought by Plaintiff is not otherwise available because there is no discovery in immigration proceedings.  Defendants' processing time for FOIA requests is currently up to 18 months.

Plaintiff's FOIA request was accompanied by a letter from his lawyer which explained that Plaintiff <u>needed a copy of the file to see the alleged evidence upon which the denial of citizenship was based and prepare his appeal.</u>  On November 19, 2007 Defendants issued a letter denying Plaintiff's request for expedited processing.   Plaintiff's substantial due process rights will be irreparably harmed because without a copy of the file, Plaintiff's attorney cannot prepare his citizenship appeal adequately.  Moreover, Defendants' delay in producing the file is a violation of the Settlement Agreement.  Plaintiff has therefore filed a second lawsuit to remedy this harm.

These two actions concern substantially the same parties i.e. Mirsad Hajro and the United States Attorney General plus officials of the United States Citizenship and Immigration Services.  Both actions are related to the same core issue, which is Plaintiff Mirsad Hajro's application for citizenship.  Having heard the first action, Judge Ware is familiar with Plaintiff's citizenship

*Hajro v. Gonzales C 06-7827 JW/Hajro v. USCIS C 08-1350 RMW*
Notice of Related Cases                    3

1  application.  Procedural issues remain that affect the fundamental fairness of
2  the process the government is using to adjudicate this application.  For this
3  reason, it appears likely that there will be an unduly burdensome duplication
4  of labor and expense if this case is assigned to a different Judge of this Court.

5  Accordingly, Plaintiff respectfully requests the Court to order that the
6  newly-filed action of C08-1350 RMW is related to the previously filed matter in
7  C 06-7827 JW and is therefore reassigned to Judge Ware.

9  Dated:  March 12, 2008

11                                    Respectfully submitted,

13                                    _____/s/_____

14                                    Kip Evan Steinberg
                                      Attorney for Plaintiffs

18  IT IS SO ORDERED:

19  The Court has reviewed the motion and determind that no cases are related and no
20  reassignments shall occur.

21  Dated: March 21, 2008                 _____
22                                        United States District Judge

*Hajro v. Gonzales C 06-7827 JW/Hajro v. USCIS C 08-1350 RMW*
28  Notice of Related Cases                    4