Kip Evan Steinberg (SBN 096084)
LAW OFFICES OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MIRSAD HAJRO, JAMES R. MAYOCK

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, T. DIANE CEJKA, Director USCIS National Records Center, ROSEMARY MELVILLE, USCIS District Director of San Francisco, MICHAEL CHERTOFF, Secretary Department of Homeland Security, MICHAEL B. MUKASEY, Attorney General Department of Justice

Defendants

**No. C 08-1350 RMW**

**Plaintiffs' Return Of Executed Summons**

Plaintiffs return the summons and three "track and confirm" search results from USPS.COM plus copies of three U.S. Postal Service Delivery Confirmation Receipts (Attachments 1-3), indicating receipt of the suit papers by the Defendants, the Attorney General, and the Office of the U.S. Attorney.

Dated: March 22, 2008

_________/s/___________
Kip Evan Steinberg
Attorney for Plaintiffs

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Mirsad Hajro, James R. Mayock

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

CV 08 1350

United States Citizenship And Immigration Services, T. Diane Cejka, Director USCIS National Records Center (See Attachment)

RMW

TO: (Name and address of defendant)

USCIS, T.Diane Cejka. Rosemary Melville, Michael Chertoff
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington D.C. 20528

RS

(See Attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kip Evan Steinberg
Law Offices of Kip Evan Steinberg
1000 Fourth Street, Suite 600
San Rafael, CA 94901

Telephone (415) 453-2855

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 0 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY





# Track & Confirm

## Search Results

Label/Receipt Number: **0306 0320 0002 0427 0232**
Status: **Delivered**

Your item was delivered at 11:25 AM on March 19, 2008 in WASHINGTON, DC 20528.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.



## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >



Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

## U.S. Postal Service™ Delivery Confirmation™ Receipt

**Postage and Delivery Confirmation fees must be paid before mailing.**

**Article Sent To: (to be completed by mailer)**

USCIS,
T. Diane Cejka, Director USCIS National Records Center
Rosemary Melville, USCIS District Director. Of S.F.
Michael Chertoff, Secretary D.H.S.
C/o Office of the General Counsel
U.S. Department of Homeland Security
Washington DC 20528

DELIVERY CONFIRMATION NUMBER: 0306 0320 0002 0427 0232

**CHECK ONE (POSTAL USE ONLY)**

- [ ] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

PS Form 152, May 2002 (See Reverse)









# Track & Confirm

## Search Results

Label/Receipt Number: **0306 0320 0002 0427 0249**
Status: **Delivered**

Your item was delivered at 11:05 AM on March 19, 2008 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >



Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

DELIVERY CONFIRMATION NUMBER: 0306 0320 0002 0427 0249

Article Sent To: (to be completed by mailer)

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530-0001

Here

**AL CUSTOMER:**
his receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [ ] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

(See Reverse)

PS Form 152, May 2002






Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 0320 0002 0427 0225**
Status: **Delivered**

Your item was delivered at 10:49 AM on March 17, 2008 in SAN FRANCISCO, CA 94102.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA



## U.S. Postal Service™ Delivery Confirmation™ Receipt

DELIVERY CONFIRMATION NUMBER: 0306 0320 0002 0427 0225

**Postage and Delivery Confirmation fees must be paid before mailing.**

**Article Sent To: (to be completed by mailer)**

U.S. DOJ/U.S. Attorney's Office
Northern District of California
Attn: Civil Division, Floors 10-11
450 Golden Gate Ave.
San Francisco, CA 94102

Here

**TOMER:**
pt. For Inquiries:
Access Internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

- [ ] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

PS Form 152, May 2002 (See Reverse)

