1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   MIRSAD HAJRO,                          )
12 JAMES R. MAYOCK,                        )
                                          )   No. C 08-1350 RMW
13              Plaintiffs,                )
                                          )
14        v.                              )
                                          )   **STIPULATION TO EXTEND TIME**
15 UNITED STATES CITIZENSHIP AND          )   **WITHIN WHICH THE  DEFENDANTS**
   IMMIGRATION SERVICES;                  )   **MUST FILE AN ANSWER**
16 T. DIANE CEJKA, Director,              )
   USCIS National Records Center;         )
17 ROSEMARY MELVILLE, USCIS               )
   District Director of San Francisco;    )
18 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;       )
19 MICHAEL B. MUKASEY, Attorney General,  )
   Department of Justice,                 )
20                                        )
                Defendants.               )
21 _____ )

22      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of

24 time within which the Defendants must serve their answer to the complaint in the above-entitled

25 action.  The Defendants will file their answer on or before June 18, 2008.

26 ///

27 ///

28

   Stipulation for Extension
   C 08-1350 RMW

1  Date: April 17, 2008                        Respectfully submitted,

2                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
3

4                                              _____/s/_____
                                               ILA C. DEISS[1]
5                                              Assistant United States Attorney
                                               Attorneys for Defendants
6

7

8  Date: April 17, 2008                        _____/s/_____
                                               KIP EVAN STEINBERG
9                                              Attorney for Plaintiffs

10                              **ORDER**

11        Pursuant to stipulation, IT IS SO ORDERED.

12
   Date:
13                                             _____
                                               RONALD M. WHYTE
14                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26  _____

27        [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.
28

   Stipulation for Extension
   C 08-1350 RMW