1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

***E-FILED 4/25/08***

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 |

Attorneys for Defendants

8 |

UNITED STATES DISTRICT COURT

9 |

NORTHERN DISTRICT OF CALIFORNIA

10 |

SAN JOSE DIVISION

11 |

12 | MIRSAD HAJRO,
JAMES R. MAYOCK,                                )
13 |                                              ) No. C 08-1350 RMW
            Plaintiffs,                           )
14 |                                              )
        v.                                        )
15 |                                              ) **STIPULATION TO EXTEND TIME**
UNITED STATES CITIZENSHIP AND                     ) **WITHIN WHICH THE  DEFENDANTS**
16 | IMMIGRATION SERVICES;                        ) **MUST FILE AN ANSWER**
T. DIANE CEJKA, Director,                         )
17 | USCIS National Records Center;               )
ROSEMARY MELVILLE, USCIS                          )
18 | District Director of San Francisco;          )
MICHAEL CHERTOFF, Secretary,                      )
19 | Department of Homeland Security;             )
MICHAEL B. MUKASEY, Attorney General,            )
20 | Department of Justice,                       )
                                                  )
21 |            Defendants.                        )
_____ )

22 |     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 | attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of

24 | time within which the Defendants must serve their answer to the complaint in the above-entitled

25 | action.  The Defendants will file their answer on or before June 18, 2008.

26 | ///

27 | ///

28 |

Stipulation for Extension
C 08-1350 RMW

1  Date: April 17, 2008                         Respectfully submitted,

2                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
3

4                                               _____/s/_____
                                                ILA C. DEISS[1]
5                                               Assistant United States Attorney
                                                Attorneys for Defendants
6

7

8  Date: April 17, 2008                         _____/s/_____
                                                KIP EVAN STEINBERG
9                                               Attorney for Plaintiffs

10                          **ORDER**

11        Pursuant to stipulation, IT IS SO ORDERED.

12                                              /s/ Ronald M. Whyte
   Date:  4/25/08                               _____
13                                              RONALD M. WHYTE
                                                United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26  _____

27        [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.
28
    Stipulation for Extension
    C 08-1350 RMW