1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 MIRSAD HAJRO, JAMES R. MAYOCK,       )
                                         ) No. C 08-1350 RMW
13              Plaintiffs,              )
                                         )
14         v.                            ) **STIPULATION TO EXTEND DATES;**
                                         ) **and [PROPOSED] ORDER**
15 UNITED STATES CITIZENSHIP AND         )
   IMMIGRATION SERVICES;                 )
16 T. DIANE CEJKA, Director,             )
   USCIS National Records Center;        )
17 ROSEMARY MELVILLE, USCIS District     )
   Director of San Francisco;            )
18 MICHAEL CHERTOFF, Secretary,          )
   Department of Homeland Security;      )
19 MICHAEL B. MUKASEY, Attorney General  )
   Department of Justice,                )
20                                       )
                Defendants.              )
21 _____ )

22      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiffs filed this action on or about March 10, 2008. The Defendants filed their response

25 to Plaintiffs' amended complaint on June 23, 2008.

26      2. Pursuant to this Court's March 10, 2008 Order Continuing Case Management Conference,

27 the parties are required to file a joint case management statement on July 11, 2008, and attend a

28 case management conference on July 18, 2008.

Stipulation to Extend
C08-1350 RMW                                  1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | August 1, 2008 |
| Last day to file/serve Joint Case Management Statement: | August 8, 2008 |
| Case Management Conference: | August 15, 2008 at 10:30 a.m. |

Dated: June 27, 2008                                  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                         /s/
                                         ─────────────────────────
                                         ILA C. DEISS[1]
                                         Assistant United States Attorney
                                         Attorneys for Defendants


Dated: June 27, 2008                             /s/
                                         ─────────────────────────
                                         KIP EVAN STEINBERG
                                         Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____                    ─────────────────────────
                                         RONALD M. WHYTE
                                         United States District Judge

───────────

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.