1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | MIRSAD HAJRO, JAMES R. MAYOCK       )
13 |         Plaintiffs,                  )  **No. C 08-1350 RMW**
                                          )
14 |    v.                                )
   | UNITED STATES CITIZENSHIP            )
15 | AND IMMIGRATION SERVICES,            )
   | T. DIANE CEJKA, Director             )  **Notice of Motion and**
16 | USCIS National Records Center,       )  **Plaintiffs' Motion to**
   | ROSEMARY MELVILLE,                   )  **Compel Production of a**
17 | USCIS District Director of San Francisco,  )  **Vaughn Index**
   | MICHAEL CHERTOFF, Secretary          )
18 | Department of Homeland Security,     )  Date: August 15, 2007
   | MICHAEL B. MUKASEY, Attorney General )  Time: 10:30 a.m.
19 | Department of Justice                )
                                          )  Honorable Ronald M. Whyte
20 |         Defendants                   )
                                          )
21

22                         **NOTICE OF MOTION**

23      PLEASE TAKE NOTICE than on August 15, 2008, before the Honorable

24 Ronald M. Whyte, United States District Court Judge, 280 South First Street,

25 San Jose, California, Courtroom 6, 4th Floor, at 10:30 a.m., or as soon

26 thereafter as this matter may be heard, the Plaintiffs, by and through their

27
   *Hajro v. USCIS*  C 08-1350 RMW
28 Pl. Motion to Compel Vaughn Index

undersigned counsel, will bring the following Motion to Compel the Production of a *Vaughn* Index.  This motion is based on the Notice of Motion, Motion, all pleadings, papers and files in this action, such oral and documentary evidence as may be presented at the hearing on the motion, and any other evidence that this Court may consider.

**MOTION TO COMPEL PRODUCTION OF A VAUGHN INDEX**

Plaintiffs move this Court for an order requiring Defendants to provide within 30 days, an itemized, indexed inventory of every agency record or portion thereof responsive to Plaintiffs' request which Defendants assert to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof in accordance with the indexing requirements of *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974).[1]

_____/s/_____
Kip Evan Steinberg
Dated: July 14, 2008                                        Attorney for Plaintiffs

---

[1] Plaintiffs do not insist on a *Vaughn* Index of all claimed exempted material under the following conditions:  If the Defendants determine that only some pages of the withheld material contain evidence of Plaintiff Hajro's alleged "false testimony", Plaintiffs will accept a *Vaughn* index of these pages as long as Defendants confirm that no other evidence of the claimed "false testimony" exists.  Plaintiffs will also accept a written confirmation from Defendants that no such evidence exists in any of the withheld material in lieu of a *Vaughn* Index.

*Hajro v. USCIS*  C 08-1350 RMW
Pl. Motion to Compel Vaughn Index