| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169                    ***E-FILED - 7/16/08***
7
    Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  MIRSAD HAJRO, JAMES R. MAYOCK,         )
                                           ) No. C 08-1350 RMW
13              Plaintiffs,                )
                                           )
14              v.                         ) **STIPULATION TO EXTEND DATES;**
                                           ) **and [PROPOSED] ORDER**
15  UNITED STATES CITIZENSHIP AND          )
    IMMIGRATION SERVICES;                  )
16  T. DIANE CEJKA, Director,              )
    USCIS National Records Center;         )
17  ROSEMARY MELVILLE, USCIS District      )
    Director of San Francisco;             )
18  MICHAEL CHERTOFF, Secretary,           )
    Department of Homeland Security;       )
19  MICHAEL B. MUKASEY, Attorney General   )
    Department of Justice,                 )
20                                         )
                Defendants.                )
21  _____)

22      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiffs filed this action on or about March 10, 2008. The Defendants filed their response

25  to Plaintiffs' amended complaint on June 23, 2008.

26      2. Pursuant to this Court's March 10, 2008 Order Continuing Case Management Conference,

27  the parties are required to file a joint case management statement on July 11, 2008, and attend a

28  case management conference on July 18, 2008.

Stipulation to Extend
C08-1350 RMW                                    1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | August 1, 2008 |
| Last day to file/serve Joint Case Management Statement: | August 8, 2008 |
| Case Management Conference: | August 15, 2008 at 10:30 a.m. |

Dated: June 27, 2008                                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: June 27, 2008                                _____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/16/08                                *Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend
C08-1350 RMW                                2