Kip Evan Steinberg (SBN 096084)
LAW OFFICES OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK<br><br>    Plaintiffs,<br><br>    v.<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>T. DIANE CEJKA, Director<br>USCIS National Records Center,<br>ROSEMARY MELVILLE,<br>USCIS District Director of San Francisco,<br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security,<br>MICHAEL B. MUKASEY, Attorney General<br>Department of Justice<br><br>    Defendants | **No. C 08-1350 RMW**<br><br>**Notice of Withdrawal of Plaintiffs' Motion to Compel Production of a Vaughn Index**<br><br>Honorable Ronald M. Whyte |

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiff filed a Motion to Compel Production of a Vaughn Index on July 14, 2008. The Motion was noticed on the Court's calender for August 15, 2008 at 10:30 a.m. In order to give Defendants an

*Hajro v. USCIS* C 08-1350 RMW
Notice of Withdrawal of Motion to Compel

1  opportunity to produce a Vaughn Index voluntarily Plaintiffs move to
2  withdraw their prior motion to compel.

4  Dated:   July 18, 2008                    Respectfully submitted,

7                                       _____/s/_____
                                        Kip Evan Steinberg
8                                       Attorney for Plaintiffs

11                                   **ORDER**

12     In view of Plaintiffs' notice of withdrawal IT IS HEREBY ORDERED
13  that Plaintiffs' Motion to Compel Production of a Vaughn Index be taken
14  off the calender for August 15, 2008 at 10:30 a.m.

16  Dated:

19  _____
20  HON. RONALD M. WHYTE
    United States District Court Judge

27
    *Hajro v. USCIS*  C 08-1350 RMW
28  Notice of Withdrawal of Motion to Compel