1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 MIRSAD HAJRO, JAMES R. MAYOCK,       )
                                        )  No. C 08-1350 RMW
13           Plaintiffs,                )
                                        )
14        v.                            )  **ADR CERTIFICATION**
                                        )
15 UNITED STATES CITIZENSHIP AND        )
   IMMIGRATION SERVICES;                )
16 T. DIANE CEJKA, Director,            )
   USCIS National Records Center;       )
17 ROSEMARY MELVILLE, USCIS District    )
   Director of San Francisco;           )
18 MICHAEL CHERTOFF, Secretary,         )
   Department of Homeland Security;     )
19 MICHAEL B. MUKASEY, Attorney General )
   Department of Justice,               )
20                                      )
             Defendants.                )
21 _____)

22     **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

23     Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she

24 has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

25 California," or the specified portions of the ADR Unit's Internet site

26 <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the

27 court and private entities, and considered whether this case might benefit from any of them.

28     *(Note: This Certification must be signed by each party and its counsel.)*

ADR Certification
C08-1350 RMW                                   1

1  Dated: July 21, 2008                              Respectfully submitted,

2                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
3

4
                                                            /s/
5                                                    ILA C. DEISS[1]
                                                     Assistant United States Attorney
6                                                    Attorneys for Defendants

7

8  Dated: July 21, 2008                                     /s/
                                                     KIP EVAN STEINBERG
9                                                    Attorney for Plaintiffs

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ADR Certification
C08-1350 RMW                                   2