1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 MIRSAD HAJRO, JAMES R. MAYOCK,         )
                                          )  No. C 08-1350 RMW
13              Plaintiffs,               )
                                          )
14       v.                               )  **NOTICE OF NEED FOR ADR**
                                          )  **PHONE CONFERENCE [ADR L.R. 3-5]**
15 UNITED STATES CITIZENSHIP AND          )
   IMMIGRATION SERVICES;                  )
16 T. DIANE CEJKA, Director,              )
   USCIS National Records Center;         )
17 ROSEMARY MELVILLE, USCIS District      )
   Director of San Francisco;             )
18 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;       )
19 MICHAEL B. MUKASEY, Attorney General   )
   Department of Justice,                 )
20                                        )
                Defendants.                )
21 _____)

22       The parties have not reached an agreement to an ADR process.

23       Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

24 Counsel before the case management conference.

25       Last day to file Joint Case Management Statement:    August 8, 2008

26       Date of Initial Case Management Conference:         August 15, 2008

27       The following counsel will participate in the ADR phone conference:

28

Notice of Need for ADR Phone Conference
C 08-1350 RMW                           1

| *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|
| Ila C. Deiss | Defendants | (415) 436-7124 | (415) 436-7169 |
| Kip Evan Steinberg | Plaintiffs | (415) 453-2855 | (415) 456-1921 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*
_____

**For court use only:**

**ADR Phone Conference Date:** _____    **Time:** _____**AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____    _____
**ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 08-1350 RMW                                         2