1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 MIRSAD HAJRO, JAMES R. MAYOCK,       )
                                        ) No. C 08-1350 RMW
13           Plaintiffs,                )
                                        )
14      v.                              ) **STIPULATION TO CONTINUE CASE**
                                        ) **MANAGEMENT CONFERENCE and**
15 UNITED STATES CITIZENSHIP AND        ) **[PROPOSED] ORDER**
   IMMIGRATION SERVICES;                )
16 T. DIANE CEJKA, Director,            )
   USCIS National Records Center;       )
17 ROSEMARY MELVILLE, USCIS District    )
   Director of San Francisco;           )
18 MICHAEL CHERTOFF, Secretary,         )
   Department of Homeland Security;     )
19 MICHAEL B. MUKASEY, Attorney General )
   Department of Justice,               )
20                                      )
             Defendants.                )
21 _____)

22   The Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

24   1. The Plaintiffs filed the amended complaint on June 10, 2008 seeking an injunctive relief to

25 enforce the time requirements under FOIA, and enforcement of the terms of a settlement

26 agreement related to FOIA entered between Plaintiff Mayock and the Defendants.

27   2. The case management conference is currently scheduled for August 15, 2008 at 10:30 a.m.

28   3. Defendants' counsel has fallen ill, and cannot attend the case management hearing.

Stipulation to Continue CMC
C08-1350 RMW                         1

4. Accordingly, the parties respectfully ask this Court to reschedule the case management conference to August 22, 2008 at 10:30 a.m.

Dated: August 14, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

Dated: August 14, 2008

/s/
KIP EVAN STEINBERG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Continue CMC
C08-1350 RMW                              2