```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8                                                            *E-FILED - 8/20/08*
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES;<br>T. DIANE CEJKA, Director,<br>USCIS National Records Center;<br>ROSEMARY MELVILLE, USCIS District<br>Director of San Francisco;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>MICHAEL B. MUKASEY, Attorney General<br>Department of Justice,<br><br>　　　　　Defendants. | No. C 08-1350 RMW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and** xxxxxxxxxxxxxxxx **ORDER** |

　　The Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

　　1. The Plaintiffs filed the amended complaint on June 10, 2008 seeking an injunctive relief to enforce the time requirements under FOIA, and enforcement of the terms of a settlement agreement related to FOIA entered between Plaintiff Mayock and the Defendants.

　　2. The case management conference is currently scheduled for August 15, 2008 at 10:30 a.m.

　　3. Defendants' counsel has fallen ill, and cannot attend the case management hearing.

Stipulation to Continue CMC
C08-1350 RMW　　　　　　　　　　　　1

 1     4. Accordingly, the parties respectfully ask this Court to reschedule the case management
 2 conference to <mark>September 5, 2008</mark> at 10:30 a.m.

 3 Dated: August 14, 2008              Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                /s/
                                                ILA C. DEISS[1]
                                                Assistant United States Attorney
                                                Attorney for Defendants

Dated: August 14, 2008              /s/
                                                KIP EVAN STEINBERG
                                                Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: <mark>8/20/08</mark>                                      *Ronald M. Whyte*
                                                RONALD M. WHYTE
                                                United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.