1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12 MIRSAD HAJRO, JAMES R. MAYOCK,     )
                                      ) No. C 08-1350 RMW
13           Plaintiffs,              )
                                      )
14      v.                            ) **PARTIES' CONSENT TO MAGISTRATE**
                                      ) **JUDGE JURISDICTION**
15 UNITED STATES CITIZENSHIP AND      )
   IMMIGRATION SERVICES;              )
16 T. DIANE CEJKA, Director,          )
   USCIS National Records Center;     )
17 ROSEMARY MELVILLE, USCIS District  )
   Director of San Francisco;         )
18 MICHAEL CHERTOFF, Secretary,       )
   Department of Homeland Security;   )
19 MICHAEL B. MUKASEY, Attorney General)
   Department of Justice,             )
20                                    )
             Defendants.              )
21 _____  )

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and

23 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26 ///

27 ///

28 ///

Consent to Magistrate Jurisdiction
C08-1350 RMW                             1

| | |
|---|---|
| Dated: September 4, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | _____/s/_____<br>ILA C. DEISS[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: September 4, 2008 | _____/s/_____<br>KIP EVAN STEINBERG<br>Attorney for Plaintiffs |

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.