UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; <br> T. DIANE CEJKA, Director, <br> USCIS National Records Center; <br> ROSEMARY MELVILLE, USCIS District Director of San Francisco; <br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; <br> MICHAEL B. MUKASEY, Attorney General Department of Justice, <br><br> Defendants. | No. C 07-1350 PVT <br><br> [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION |

**ORDER**

It is hereby ordered that Defendant United States Citizenship and Immigration Service's Washington D.C. agency representative, Mr. Eric Banks, shall be allowed to appear at the mediation session in the above referenced matter on January 21, 2009, at 1:30 pm via telephone pursuant to ADR LR 6-10(d).

Dated: 1/20/09

WAYNE D. BRAZIL
United States Magistrate Judge