| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MIRSAD HAJRO, JAMES R. MAYOCK,

    Plaintiffs,

    v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
T. DIANE CEJKA, Director, USCIS National Records Center;
ROSEMARY MELVILLE, USCIS District Director of San Francisco;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
MICHAEL B. MUKASEY, Attorney General Department of Justice,

    Defendants.

No. C 08-1350 PVT

**SECOND STIPULATION TO EXTEND DATES; and [**xxxxxxxxxx**)] ORDER**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about March 10, 2008. The Defendants filed their response to Plaintiffs' amended complaint on June 23, 2008.

2. On January 5, 2009, Defendants filed a Motion to Dismiss in Part, noticing a hearing date of February 10, 2009.

3. Pursuant to the Court's Order of October 17, 2008, the discovery cutoff is date is January

Second Stipulation to Extend
C08-1350 PVT                       1

16, 2009.

4. The parties are considering a possible resolution of the case, and in the interest of conserving judicial resources and promoting an efficient determination of the action, the parties respectfully request that the Court stay the proceedings until the February 10, 2009 hearing date, and shall move this Court for appropriate relief.

Dated: January 16, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 16, 2009

/s/
KIP EVAN STEINBERG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, that the matter is stayed until January 30, 2009. The reply, if any, shall be filed no later than February 3, 2009.

Date: January 22, 2009

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Second Stipulation to Extend
C08-1350 PVT                                    2