1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 MIRSAD HAJRO, JAMES R. MAYOCK,    ) No. C 08-1350 PVT
                                     )
13           Plaintiffs,             )
                                     ) **STIPULATION TO VACATE DATES;**
14      v.                           ) **and [**xxxxxxxxxxx**] ORDER**
                                     )
15 UNITED STATES CITIZENSHIP AND     )
   IMMIGRATION SERVICES;             )
16 T. DIANE CEJKA, Director,         )
   USCIS National Records Center;    )
17 ROSEMARY MELVILLE, USCIS District )
   Director of San Francisco;        )
18 MICHAEL CHERTOFF, Secretary,      )
   Department of Homeland Security;  )
19 MICHAEL B. MUKASEY, Attorney General )
   Department of Justice,            )
20                                   )
             Defendants.             )
21 _____)

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiffs filed this action on or about March 10, 2008. The Defendants filed their response

25 to Plaintiffs' amended complaint on June 23, 2008.

26     2. On January 5, 2009, Defendants filed a Motion to Dismiss in Part, noticing a hearing date of

27 February 10, 2009.

28     3. Pursuant to the Court's Order of January 22, 2009, granting in part the parties' second

Stipulation to Vacate Dates
C08-1350 PVT                                1

1  request to extend dates, fact discovery cutoff is date is January 30, 2009.

2      4.  On January 21, 2009, the parties engaged in a very productive round of mediation with an
3  appointed mediator and are considering a possible resolution of the case without further litigation.

4      5.  The parties, with the support and encouragement of the mediator, ask this Court to vacate
5  the February 10, 2009 hearing date on Defendants' Motion to Dismiss, and to hold this matter in
6  abeyance for 60 days.

8  Dated: January 22, 2009                          Respectfully submitted,

9                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney

12                                                  _____/s/_____
                                                    ILA C. DEISS[1]
                                                    Assistant United States Attorney
13                                                  Attorneys for Defendants

15  Dated: January 22, 2009                         _____/s/_____
                                                    KIP EVAN STEINBERG
16                                                  Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The February 10, 2009 hearing date is hereby vacated.  On or before March 23, 2009, the parties will either file a stipulated dismissal or request other appropriate relief.

Date:  January 23, 2009                             _____
                                                    PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Vacate Dates
C08-1350 PVT                            2