| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK, | ) | No. C 08-1350 PVT |
| Plaintiffs, | ) | |
| | ) | **STIPULATION TO EXTEND DATES;** |
| v. | ) | **and [PROPOSED] ORDER** |
| | ) | |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES;<br>T. DIANE CEJKA, Director,<br>USCIS National Records Center;<br>ROSEMARY MELVILLE, USCIS District<br>Director of San Francisco;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>MICHAEL B. MUKASEY, Attorney General<br>Department of Justice, | ) | |
| Defendants. | ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about March 10, 2008. The Defendants filed their response to Plaintiffs' amended complaint on June 23, 2008.

2. On January 5, 2009, Defendants filed a Motion to Dismiss in Part, noticing a hearing date of February 10, 2009.

3. Pursuant to the Court's Order of January 22, 2009, granting in part the parties' second

Stipulation to Reset Dates
C08-1350 PVT                                       1

1 | request to extend dates, fact discovery cutoff is date is January 30, 2009.

2 |     4. On January 21, 2009, the parties engaged in a very productive round of mediation with an appointed mediator and are considering a possible resolution of the case without further litigation.

    5. On January 23, 2009, the parties, with the support and encouragement of the mediator, asked this Court to vacate the February 10, 2009 hearing date on Defendants' Motion to Dismiss, and to hold this matter in abeyance for 60 days.

    6. The mediation is ongoing and the parties respectfully ask for an additional 60 days in order to resolve this matter without further litigation.

Dated: March 23, 2009                     Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendants


Dated: March 23, 2009                     _____/s/_____
                                          KIP EVAN STEINBERG
                                          Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. On or before May 23, 2009, the parties will either file a stipulated dismissal or request other appropriate relief.

Date: 3/24/09                             _____/s/ Patricia V. Trumbull_____
                                          PATRICIA V. TRUMBULL
                                          United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Reset Dates
C08-1350 PVT                              2