| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| 12 | MIRSAD HAJRO, JAMES R. MAYOCK, | ) | No. C 08-1350 PVT |
| 13 | Plaintiffs, | ) | |
| 14 | v. | ) | **FIFTH STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| 15 | UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; | ) | |
| 16 | T. DIANE CEJKA, Director, USCIS National Records Center; | ) | |
| 17 | ROSEMARY MELVILLE, USCIS District Director of San Francisco; | ) | |
| 18 | MICHAEL CHERTOFF, Secretary, Department of Homeland Security; | ) | |
| 19 | MICHAEL B. MUKASEY, Attorney General Department of Justice, | ) | |
| 20 | Defendants. | ) | |
| 21 | | ) | |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiffs filed this action on or about March 10, 2008. The Defendants filed their response to Plaintiffs' amended complaint on June 23, 2008.

   2. On January 23, 2009, the parties, with the support and encouragement of the mediator, asked this Court to vacate the February 10, 2009 hearing date on Defendants' Motion to Dismiss, and to hold this matter in abeyance for 60 days. That request was granted.

Stipulation to Reset Dates
C08-1350 PVT                                           1

4. The mediation is ongoing and the parties are, at minimum, trying to streamline the issues.

5. The parties respectfully ask for an additional 60 days in order to resolve this matter without further litigation or in order to streamline the issues before the Court.

6. The parties also request that all trial dates be vacated at this time as it is likely that any remaining issues can be resolved through cross-motions for summary judgment.

Dated: May 22, 2009   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: May 22, 2009   _____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. On or before July 23, 2009, the parties will either file a stipulated dismissal or request other appropriate relief. The pre-trial conference set for June 2, 2009, and the trial date set for June 15, 2009, are hereby ~~vacated~~ CONTINUED to August 4, 2009 and August 17, 2009, respectively.

Date: 5/22/09   _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Reset Dates
C08-1350 PVT                                           2