| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK, | ) | No. C 08-1350 PVT |
| Plaintiffs, | ) | |
| v. | ) | **SIXTH STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; | ) | AS MODIFIED BY THE COURT |
| T. DIANE CEJKA, Director, USCIS National Records Center; | ) | |
| ROSEMARY MELVILLE, USCIS District Director of San Francisco; | ) | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; | ) | |
| MICHAEL B. MUKASEY, Attorney General Department of Justice, | ) | |
| Defendants. | ) | |

On May 22, 2009, the Court directed the parties to file either a stipulated dismissal or request for other appropriate relief on or before July 23, 2009. The parties believe this matter can resolved on cross motions for summary judgment.

Therefore, the parties hereby request the pre-trial conference and trial date set for August 4, 2009, and August 27, 2009, respectively, be vacated. Additionally, the parties hereby request a hearing date for the cross motions for October 9, 2009.

///

Sixth Stipulation to Extend
C08-1350 PVT                                   1

| | |
|---|---|
| 1  Dated: July 23, 2009 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | _____/s/_____<br>ILA C. DEISS[1] |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |
| 8  Dated: July 23, 2009 | _____/s/_____<br>KIP EVAN STEINBERG |
| 9 | Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The pre-trial conference and trial date set for August 4, 2009 and August 27, 2009, respectively, are vacated.  The hearing date for the cross motion is scheduled for October ~~2~~ 13, 2009.

Date: 8/3/09        _____/s/ Patricia V. Trumbull_____
                    PATRICIA V. TRUMBULL
                    United States Magistrate Judge

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Sixth Stipulation to Extend
C08-1350 PVT                                    2