1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  MIRSAD HAJRO, JAMES R. MAYOCK        )
                                         )
13              Plaintiffs,              )  **Case No. CV 08 1350 PVT**
                                         )
14        v.                             )
    UNITED STATES CITIZENSHIP            )
15  AND IMMIGRATION SERVICES,            )
    T. DIANE CEJKA, Director             )  **SEVENTH STIPULATION**
16  USCIS National Records Center,       )  **TO EXTEND DATE;**
    ROSEMARY MELVILLE,                   )  **AND ORDER**
17  USCIS District Director of San Francisco, )
    JANET NAPOLITANO, Secretary          )
18  Department of Homeland Security,     )
    ERIC HOLDER, Attorney General        )
19  Department of Justice                )
                  Defendants             )
20  _____)

21      1. On August 3, 2009, the Court scheduled the hearing date for the

22  cross motion for October 13, 2009.

23      2. Plaintiff's counsel has developed a painful medical condition requiring

24  a procedure at Kaiser Hospital in San Rafael, CA on September 17, 2009.  This

25  condition makes it difficult for plaintiff's counsel to sit or work for extended

26  periods of time.

27

28  *Hajro v. USCIS - Case No. CV 08 1350 PVT*
    Seventh Stipulation to Extend         1

1  3. Accordingly, the parties respectfully ask this Court to reschedule the
2  hearing to October 27, 2009 at 10 a.m.

4  Dated: September 9, 2009                    Respectfully submitted,

6  _____/s/_____
   KIP EVAN STEINBERG
7  Attorney for Plaintiffs

9  Dated: September 9, 2009                    Respectfully submitted,

   JOSEPH P. RUSSONIELLO
11 United States Attorney

   _____/s/_____
14 ILA C. DEISS
   Assistant United States Attorney
15 Attorney for Defendants

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The hearing date set for October 13, 2009 is vacated.  The hearing date is re-scheduled for October 27, 2009.

Date: *9/10/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

*Hajro v. USCIS - Case No. CV 08 1350 PVT*
Seventh Stipulation to Extend            2