| | |
|---|---|
| 1 | Kip Evan Steinberg (SBN 096084) |
| 2 | LAW OFFICES OF KIP EVAN STEINBERG<br>Courthouse Square |
| 3 | 1000 Fourth Street, Suite 600<br>San Rafael, CA 94901 |
| 4 | Telephone: 415-453-2855<br>Facsimile: 415-456-1921 |
| 5 | kip@steinberg-immigration-law.com |
| 6 | **Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK | ) | |
| Plaintiffs, | ) | **Case No. CV 08 1350 PVT** |
| v. | ) | |
| UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>T. DIANE CEJKA, Director<br>USCIS National Records Center,<br>ROSEMARY MELVILLE,<br>USCIS District Director of San Francisco,<br>JANET NAPOLITANO, Secretary<br>Department of Homeland Security,<br>ERIC HOLDER, Attorney General<br>Department of Justice<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION FOR ORDER<br>SHORTENING TIME<br>AND PROPOSED ORDER** |

1. The parties respectfully file this stipulation for order shortening time pursuant to Civil Local Rule 6-2.

2. A hearing on cross-motions for summary judgment is scheduled on October 27, 2009 at 10 a.m.

3. Plaintiffs filed a cross motion for summary judgment on October 5, 2009. This was not in accordance with the 35 day time limit of Civil Rule 7-2.

*Hajro v. USCIS - Case No. CV 08 1350 PVT*
Stipulation for Order Shortening Time      1

1  This was due to an error by Plaintiffs' counsel who mistakenly calendared the
2  21 day time limit for the filing of an Opposition stated in Civil Local Rule 7-3.
3  Plaintiffs' counsel apologizes to the Court and Defendants' counsel for this
4  mistake.

5   4.   There have been several previous stipulations to extend dates in this
6  case, but no prior requests to either enlarge or shorten time.

7   5.   The parties believe that hearing the parties' cross-motions on the
8  same October 27, 2009 hearing date makes the most sense in terms of
9  efficiency.

10   6.   For this reason, the parties stipulate to waiving the time limit of Civil
11  Local Rule 7-2.

Dated: October 13, 2009                Respectfully submitted,


_____/s/_____
KIP EVAN STEINBERG
Attorney for Plaintiffs


Dated: October 13, 2009                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney



_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


*Hajro v. USCIS - Case No. CV 08 1350 PVT*
Stipulation for Order Shortening Time            2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The time limit of Civil Rule 7-2 is waived pursuant to stipulation. The hearing date on the cross motions for summary judgment will take place on October 27, 2009.

Date: 10/19/09

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

*Hajro v. USCIS - Case No. CV 08 1350 PVT*
Stipulation for Order Shortening Time           3