UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　Defendants. | Case No.: C 08-01350 PSG<br><br>**ORDER SOLICITING SUPPLEMENTAL BRIEFING IN LIGHT OF RECENT DECISIONS**<br><br>**(Re: Docket No. 71)** |

　　　　On March 23, 2011, the court granted Plaintiffs' unopposed motion for leave to file a statement of recent decisions. The court now solicits supplemental briefing regarding those decisions.

　　　　IT IS HEREBY ORDERED that, no later than May 2, 2011, the parties may each file a 10-page supplemental brief addressing the significance to the pending cross-motions for summary judgment of the Ninth Circuit's March 2, 2011 order denying the government's petition for rehearing in *Dent v. Holder*, 627 F.3d 365 (9th Cir. 2010) and the Supreme Court's recent opinion in *Milner v. Department of the Navy*, 131 S.Ct. 1259 (2011).

Dated: April 12, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER