1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorneys for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  MIRSAD HAJRO, JAMES R. MAYOCK      )**Case No. CV 08 1350 PSG**
                                       )
13              Plaintiffs,            ) **PLAINTIFFS' MOTION FOR**
                                       ) **ATTORNEY'S FEES AND**
14        v.                           ) **COSTS PURSUANT TO THE**
    UNITED STATES CITIZENSHIP          ) **FREEDOM OF**
15  AND IMMIGRATION SERVICES,          ) **INFORMATION ACT**
    DIANE CEJKA, Director,             ) **5 U.S.C. § 552(A)(4)(E; AND**
16  USCIS National Records Center,     )
    ROSEMARY MELVILLE,                 ) **ALTERNATIVELY, UNDER**
17  USCIS District Director of San Francisco, ) **THE EQUAL ACCESS TO**
    JANET NAPOLITANO, Secretary        ) **JUSTICE ACT**
18  Department of Homeland Security,   ) **28 U.S.C. § 2412(D), AND**
    ERIC HOLDER, Attorney General      ) **NOTICE OF MOTION**
19  Department of Justice              )
                                       ) **Date:  July 24, 2012**
20                                     )
                                       ) **Time: 10:00 a.m.**
21              Defendants             )
                                       ) **Honorable Paul S. Grewal**
22  _____)

23  TO:  THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, T.

24  DIANE CEJKA, ROSEMARY MELVILLE, JANET NAPOLITANO, ERIC HOLDER

25  AND THEIR ATTORNEYS OF RECORD:

26

27

28  *Hajro v. USCIS - Case No. CV 08 1350 PSG*
    Notice of Motion and Motion for Attorney's Fees and Costs

1    PLEASE TAKE NOTICE that on July 24, 2012 at 10:00 a.m., or as soon

2  thereafter as the matter may be heard, in Courtroom No. 5, Fourth Floor of the

3  United States Courthouse, 280 South First Street, San Jose, California, before

4  the Honorable Paul S. Grewal, Plaintiffs will appear and move the Court for an

5  award of fees and costs in the amount of $304,419.62.

6    This motion is brought on the following grounds: Plaintiffs are prevailing

7  parties having "substantially prevailed" pursuant to the Freedom of

8  Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(E).  Pleading in the alternative,

9  Plaintiffs are also prevailing parties pursuant to the Equal Access to Justice

10 Act ("EAJA"), 28 U.S.C.§2412(d).  Plaintiffs are therefore entitled to reasonable

11 fees and costs associated with their Complaint for Declaratory and Injunctive

12 Relief under EAJA in the event the Court finds FOIA does not apply.

13    This motion is based on this notice of motion,  memorandum of points

14 and authorities, and motion, the pleadings and records on file in this matter,

15 the declarations and exhibits filed herewith, and on such argument as may be

16 presented at the hearing of this motion.

17

18
   Dated: June 5, 2012                          Respectfully submitted,
19

20
                                        _____/s/_____
21                                      KIP EVAN STEINBERG
                                        Attorney for Plaintiffs
22

23

24

25

26

27

28 *Hajro v. USCIS - Case No. CV 08 1350 PSG*
   Notice of Motion and Motion for Attorney's Fees and Costs                2