1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiffs MIRSAD HAJRO and JAMES R. MAYOCK**

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  MIRSAD HAJRO, JAMES R. MAYOCK          )

13           Plaintiffs,                    )    **No. C 08-1350 PSG**
                                            )
14      v.                                  )
    UNITED STATES CITIZENSHIP              )
15  AND IMMIGRATION SERVICES,              )
    T. DIANE CEJKA, Director               )    **Notice Of  Withdrawal Of**
16  USCIS National Records Center,          )    **Plaintiffs' Alternative**
    ROSEMARY MELVILLE,                      )    **Motion For Attorney's Fees**
17  USCIS District Director of San Francisco, )  **And Costs Under The Equal**
    MICHAEL CHERTOFF, Secretary             )    **Access To Justice Act**
18  Department of Homeland Security,        )    **28 U.S.C. § 2412(d)**
    MICHAEL B. MUKASEY, Attorney General    )    **And [~~Proposed~~] Order**
19  Department of Justice                   )
                                            )
20           Defendants                     )
    _____)

21          On June 5, 2012, Plaintiffs filed a Motion For Attorney's Fees And Costs

22  Pursuant To The Freedom Of Information Act ("FOIA")(5 U.S.C. § 552(A)(4)(E)

23  and, *alternatively*, under the Equal Access To Justice Act ("EAJA") (28 U.S.C. §

24  2412(d)) (Dkt.93 and 94).  Plaintiffs now withdraw the alternative motion for

25  attorneys' fees and costs under EAJA after determining that the EAJA motion

26  was premature.

27

28  *Hajro v. USCIS*  C 08-1350 PSG
    Pl. Withdrawal of Alternative EAJA Motion

1    EAJA states "A party seeking an award of fees and other expenses shall,

2  within thirty days of final judgment in the action, submit to the court an

3  application for fees and other expenses…" 28 U.S.C. § 2412(d)(1)(B). The term

4  "final judgment" is defined in the statute as "a judgment that is final and not

5  appealable".  28 U.S.C. § 2412(d)(2)(G).  ("[W]e…construe the Act's definition of

6  'final judgment' as designating the date on which a party's case has met its

7  final demise, such that there is no longer any possibility that the district

8  court's judgment is open to attack." *(internal punctuation omitted) Al-Harbi v.*

9  *INS*, 284 F.3d 1080, 1084 (9th Cir. 2002).  Since the Court's decision in this

10 case is currently on appeal in the Ninth Circuit, the judgment is not yet "final"

11 and therefore the filing of the alternative EAJA motion was premature.

12 Plaintiffs' counsel apologizes for any confusion caused by this incorrect filing.

13    However, no such rule applies to a motion for attorney's fees and costs

14 under FOIA.  Therefore, Plaintiffs' motion for attorney's fees and costs under

15 FOIA  (5 U.S.C. § 552(A)(4)(E)) should remain on calendar for a hearing on July

16 24, 2012 at 10 a.m.

17

18 Dated: June 9, 2012                    Respectfully submitted,

19

20                                        _____/s/_____
                                          Kip Evan Steinberg
21                                        Attorney for Plaintiffs

22

23

24

25

26

27

28 *Hajro v. USCIS*  C 08-1350 PSG
   Pl. Withdrawal of Alternative EAJA Motion      2

**[Proposed] Order**

Plaintiffs' alternative motion for attorney's fees and costs under the Equal Access To Justice (28 U.S.C. § 2412(d)) is withdrawn. Plaintiffs' motion for attorney's fees and costs under the Freedom Of Information Act ("FOIA")(5 U.S.C. § 552(A)(4)(E) remains on the Court's calendar for July 24, 2012 at 10 a.m.

IT IS SO ORDERED.

DATED: ›i bY% ž&S%&

Paul S. Grewal
United States Magistrate Judge