MELINDA HAAG, CSBN 132612
United States Attorney
ALEX G. TSE, CSBN 152348
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;<br>T. DIANE CEJKA, Director, USCIS National Records Center;<br>ROSEMARY MELVILLE, USCIS District Director of San Francisco;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>ERIC HOLDER, Attorney General Department of Justice,<br><br>Defendants. | No. C 08-1350 PSG<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the defendants appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered on October 15, 2012, granting in part Plaintiffs' motion for

///

///

Notice of Appeal
C08-1350 PSG                                         1

1  attorneys' fees and costs.
2
3  Dated: December 14, 2012                    Respectfully submitted,
4
                                               MELINDA HAAG
5                                              United States Attorney
6
                                               /s/ Melanie Proctor for
7                                              ILA C. DEISS
                                               Assistant United States Attorney
8                                              Attorneys for Defendants
9
10
...
28

C08-1350 PSG                               2

## REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, following is an identification of all parties to the above-captioned case from which this appeal is taken, together with identification of counsel for each of them.

| Party(ies) | Counsel |
|---|---|
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; T. DIANE CEJKA, Director, USCIS National Records Center; ROSEMARY MELVILLE, USCIS District Director of San Francisco; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ERIC HOLDER, Attorney General Department of Justice | MELINDA HAAG<br>United States Attorney<br>ALEX G. TSE<br>Assistant United States Attorney<br>Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909<br>Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7124<br>Fax: (415) 436-7169 |
| MIRSAD HAJRO, JAMES R. MAYOCK | Kip Evan Steinberg<br>Law Offices of Kip Evan Steinberg<br>1000 Fourth Street, Suite 600<br>San Rafael, CA 94901<br>Telephone: (415) 453-2855<br>Fax: (415) 456-1921 |