BRIAN J. STRETCH
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
james.scharf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ET AL., <br><br> Defendants. | CV-08-01350-NC <br><br> **STIPULATION AND ORDER TO CONTINUE AUGUST 2, 2016 HEARING TO AUGUST 10, 2016** |

As a result of the reassignment of AUSA Ila C. Deiss to the USAO NDCA Criminal Division, this case has been reassigned to AUSA James A. Scharf. On July 5, 2016, AUSA Scharf filed a Substitution of Counsel. Defendants' Motion for Summary Judgement and Plaintiffs' Motion for Leave to Amend are currently set to be heard on August 2, 2016. Unfortunately, AUSA Scharf has an unmovable conflict in another case on August 2, 2016. Accordingly, the parties jointly request the Court to continue the August 2, 2016 hearing to August 10, 2016, at 1:00 p.m.

Respectfully submitted,

BRIAN J. STRETCH

STIPULATION AND ORDER TO CONTINUE AUGUST 2, 2016 HEARING TO AUGUST 10, 2016
CV-08-01350-NC                                1

|  |  |
|---|---|
|  | United States Attorney |
| Dated:  July 5, 2016 | By: _____/s/_____<br>JAMES A. SCHARF<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated:  July 5, 2016 | By: _____/s/_____<br>KIP EVAN STEINBERG<br>Law Office of Kip Evan Steinberg<br>Attorney for Plaintiffs |

ORDER

Good cause appearing, and pursuant to the agreement of the parties, the August 2, 2016 hearing is continued to August 10, 2016, at 1:00 p.m.

IT IS SO ORDERED.

Dated:  July 5, 2016

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — HON. NATHANAEL M. COUSINS, UNITED STATES MAGISTRATE JUDGE]

[Stamp: GRANTED /s/ Judge Nathanael M. Cousins]

STIPULATION AND ORDER TO CONTINUE AUGUST 2, 2016 HEARING TO AUGUST 10, 2016
CV-08-01350-NC                                        2