DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CABN 125171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Tel: (408) 535-5044 / Fax: (408) 535-5081
Email: james.scharf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIRSAD HAJRO, JAMES R. MAYOCK, | Case No. 08-CV-1350-NC |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ET AL., | |
| Defendants. | |

NOTICE OF SETTLEMENT
08-CV-1350-NC                                    1

1  The parties have agreed to a settlement amount to resolve the remaining issues in
2  the case and are in the process of drafting a written settlement agreement.  The parties
3  will file a dismissal with prejudice pursuant to settlement after the settlement proceeds
4  have been disbursed.  The parties expect to file a dismissal with prejudice pursuant to
5  settlement within ninety days.

Dated:  March 29, 2019                DAVID L. ANDERSON
                                      UNITED STATES ATTORNEY

                                      /s/_____
                                 By:  JAMES A. SCHARF
                                      Assistant U.S. Attorney

Dated:  March 29, 2019                KIP EVAN STEINBERG
                                      LAW OFFICE OF KIP EVAN STEINBERG

                                      ROBERT GIBBS
                                      ROBERT PAUW
                                      GIBBS HOUSTON PAUW

                                      /s/_____
                                 By:  KIP EVAN STEINBERG
                                      Attorneys for Plaintiffs

NOTICE OF SETTLEMENT
08-CV-1350-NC                          2